JS-6 / ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAMOND JACKSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>M.D. McDONALD, WARDEN,<br><br>　　　　　Respondent. | Case No. CV 09-06954 PSG (AN)<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED AND DECREED THAT the petition for a writ of habeas corpus is dismissed with prejudice for the reasons set forth in the accompanying Order.

DATED: __12/11__, 2009

　　　　　　　　　　　　　　　　　　　PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE